EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Héctor J. Martínez Maldonado | 2019 TSPR 31 <br><br> 201 DPR ____ |

Número del Caso:  TS-14,523


Fecha: 19 de febrero de 2019


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor J. Martínez Maldonado     TS-14,523

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de febrero de 2019.

Examinada la *Solicitud de Reinstalación*, se reinstala al Lcdo. Héctor J. Martínez Maldonado al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo